[No. 10594–2–II.  Division Two.  October 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN F. HOCKING, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 86–1–00086–6, William E. Howard, J.,

1055

entered December 12, 1986. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.